IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| DARYL AUSTIN | ) | CASE NO. 4-09-33090-EWH |
| | ) | |
| Debtor(s). | ) | **APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

Stanley J. Kartchner, Trustee, reports that the following postpetiton portion tax refund check has been issued to the Debtor and not presented for payment, and more than ninety (90) days have elapsed from the date of issuance.

| Debtors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|
| **DARYL AUSTIN**<br>**43983 W. NEELY DR.**<br>**MARICOPA, AZ  85138** | **$37.93** | **$37.93** |

_____12/16/10_____       /s/ SJK_____
             Date                                              Stanley J. Kartchner, Trustee